# CALHOUN & LAWRENCE, LLP
ATTORNEYS AT LAW
81 MAIN STREET
SUITE 504
WHITE PLAINS, NEW YORK 10601

CLINTON W. CALHOUN, III*
KERRY A. LAWRENCE**

REBECCA R. BROWN**

*ALSO ADMITTED IN VA & DC
**ALSO ADMITTED IN CT

(914) 946-5900

FAX (914) 946-5906

June 17, 2021

**BY ECF**
Hon. Paul A. Crotty
United States District Judge
United States Courthouse
500 Pearl St.
New York, NY 10007

Re:   United States v. John Doe 2
      16 Cr. 588 (PAC)

[Handwritten: Granton / Mr. Calhoun is relieved. Advika will be appointed. So ordered. Paul A Crotty USDJ]

Dear Judge Crotty:

Your Honor assigned me in 2020 to represent John Doe 2 ("JD-2") under the terms of the Criminal Justice Act. I will be retiring from the practice of law on June 30, 2021. Since the motion for compassionate release I filed on behalf of JD-2 is an open matter, I respectfully ask that I be relieved from this representation and that a new attorney be assigned under CJA for JD-2.

I appreciate the Court's consideration of this request.

Respectfully submitted,

Clinton W. Calhoun, III

CWC/kvm

cc:   AUSA Emil Bove (by ecf)