LAW OFFICE OF

# BENJAMIN SILVERMAN

224 WEST 30TH ST., SUITE 302
NEW YORK, NY 10001

TEL (212) 203-8074
FAX (646) 843-3938
Benjamin@bsilvermanlaw.com

February 27, 2022

**By ECF**
Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v. John Doe #2*, 16 Cr. 588 (PAC)

Your Honor:

I represent John Doe #2 in the above-captioned case and write to request a second and final seven-day extension – until March 9, 2022 – to submit a reply brief in further support of his 2255 motion. The first extension request was granted on January 27 (Dkt. 47) to provide more time to obtain a translation. As highlighted by the government's opposition brief (at 1, 16), that translation is at the heart of the parties' dispute. I have conferred with the translator, Jose Carlos Venant, and he informs me that he needs one more week to complete the translation due to unforeseen matters that prevented him from completing it by this week as he originally anticipated.

For the foregoing reasons, I respectfully request a final extension until March 9, 2022 to submit a reply brief on behalf of John Doe #2. Thank you for your consideration.

Respectfully submitted,

/s/ Benjamin Silverman
Benjamin Silverman
*Attorney for John Doe #2*

cc:   Counsel of record (by ECF)

2/28/2022
The requested extension to March 9, 2022
is granted. SO ORDERED.