LAW OFFICE OF
# BENJAMIN SILVERMAN
224 WEST 30TH ST., SUITE 302
NEW YORK, NY 10001

TEL (212) 203-8074
FAX (646) 843-3938
Benjamin@bsilvermanlaw.com

January 10, 2024

**By ECF**
Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re: *United States v. John Doe #2*, 16 Cr. 588 (PAC)

Your Honor:

    I write pursuant to Standing Order M10-468, issued by Chief Judge Swain on October 31, 2023, respectfully to request that the Court re-appoint me to represent John Doe #2 in the above-captioned case to investigate and pursue any claims for a reduction in sentence under Amendment 821 of the U.S. Sentencing Guidelines Manual. I reviewed Mr. Doe's Presentence Report and he has no criminal history points, which would make him eligible for relief.

    Thank you for your consideration.

    Respectfully submitted,

    /s/ Benjamin Silverman
    Benjamin Silverman
    *Attorney for John Doe #2*

cc:   Counsel of record (by ECF)

1/12/2024
Mr. Silverman is re-appointed to represent John Doe#2. A status update on whether or not a motion will be made is due by February 19, 2024. SO ORDERED.

*[signed] Paul A. Crotty*